1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SANTANA PORTER,                         No.  2:12-cv-2266 TLN DAD P

12                  Plaintiff,

13        v.                                 ORDER

14   DR. ALVARO C. TRAQUINA,

15                  Defendant.

16

17        On July 22, 2014, defendant Traquina filed a motion to compel discovery pursuant to

18   Federal Rule of Civil Procedure 37.  Plaintiff has not opposed the motion.

19        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  On March 12, 2014, the court advised the parties that all

22   motions concerning discovery must be briefed according to Local Rule 230(l) and that failure to

23   oppose such a motion may be deemed a waiver of opposition to the motion.

24        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

25   imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

26   the Court."  In the order filed March 12, 2014, plaintiff was advised that failure to comply with

27   the Local Rules may result in a recommendation that the action be dismissed.

28   /////

                                              1

1        Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of the

2   date of this order, plaintiff shall file an opposition, if any, to defendant's motion to compel

3   discovery.  Failure to file an opposition will be deemed as a statement of non-opposition and shall

4   result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure

5   41(b).[1]

6   Dated:  September 3, 2014

7

8   _____
    DALE A. DROZD
9   UNITED STATES MAGISTRATE JUDGE
    DAD:9
    port2266.46

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    _____
28  [1] If plaintiff no longer wishes to pursue this action he may file a request to voluntarily dismiss this
    case.

2