UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER, | No.  No. 2:12-cv-2266 TLN DAD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DR. ALVARO C. TRAQUINA, | |
| Defendants. | |

Defense counsel has filed a motion to modify the court's discovery and scheduling order. Specifically, counsel requests additional time to take plaintiff's deposition and to file a dispositive motion in light of plaintiff's delay in responding and/or failure to respond to defendant's written discovery requests.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the court's discovery and scheduling order (Doc. No. 29) is granted;
2. Defense counsel shall take plaintiff's deposition within 60 days of the date of this order and shall file any dispositive motion within 120 days of the date of this order; and

/////

/////

3. Except as provided in this order, the court's discovery and scheduling order remains in effect.

Dated: February 4, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
port2266.41mod