UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ALVARO C. TRAQUINA,<br><br>　　　　　Defendants. | No. 2:12-cv-2266 TLN DAD P<br><br><br>ORDER |

On February 5, 2015, this court granted defendant's motion to modify the court's discovery and scheduling order and allowed defendant an additional 120 days to file dispositive motions in this civil rights action. The 120-day period has now expired, and defendant has not filed a dispositive motion. Defendant is not required to file a dispositive motion, but in light of defendant's previous request for additional time to do so, the court will require defense counsel to file a status report addressing how defendant now intends to proceed in this action before this court issues a further scheduling order.

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of service of this order defendant shall file a status report in this case indicating how defendant intends to proceed.

Dated: June 16, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
port2266.status

2