UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER,<br><br>                    Plaintiff,<br><br>        v.<br><br>DR. ALVARO C. TRAQUINA,<br><br>                    Defendant. | No.  2:12-cv-2266 TLN KJN P (TEMP)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

On July 20, 2015, then-Magistrate Judge Dale A. Drozd informed the parties that the court was going to set this matter for a mandatory settlement conference.  The court ordered the parties to inform the court in writing as to whether they wished to proceed with the settlement conference before the assigned magistrate judge or if they wish to be referred to the court's mediation program.  Defense counsel has filed a notice of waiver of disqualification and requests the assigned magistrate judge participate in the settlement conference.  Plaintiff has not responded to the court's order.  In the interest of justice, the court will grant plaintiff an additional fourteen days to respond to the court's order.  Plaintiff's failure to respond will result in a recommendation for dismissal of this action.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall inform the court in writing as to whether he wishes to proceed with the settlement conference before the undersigned magistrate judge or if he wishes to be referred to the court's mediation program. If the plaintiff wishes to proceed before the undersigned magistrate judge, he shall return to the court the consent form for settlement conferences provided with this order. If plaintiff does not wish the undersigned magistrate judge to preside at the settlement conference, he shall file a declaration stating he wishes to be referred to the court's mediation program. Plaintiff's failure to respond to this order will result in a recommendation for dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff the consent form for settlement conferences.

Dated: April 6, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

port2266.sc(2)