UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER, | No. 2:12-cv-2266 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| ALVARO C. TRAQUINA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Defendant seeks an extension of the deadline for filing dispositive motions.  Good cause appearing, IT IS HEREBY ORDERED that defendant's July 8, 2016 Request for Modification of the Discovery and Scheduling Order (ECF No. 43) is granted.  All pretrial motions, except motions to compel discovery, shall be filed within sixty days of the filed date of this order.  Motions shall be briefed in accordance with paragraph 8 of this court's order filed March 12, 2014.

Dated:  October 31, 2016

DLB:9
DLB1/prisoner-civil rights/port2266.so eot

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1