UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER, | No. 2:12-cv-2266 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| ALVARO C. TRAQUINA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On March 2, 2017, the court denied plaintiff's motion for a settlement conference. (ECF No. 48.) Before the court is plaintiff's renewed motion for a settlement conference. (ECF No. 49.)

For the reasons stated in the court's March 2 order, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 49) is denied. Plaintiff is reminded that he must file an opposition to defendant's summary judgment motion within thirty days of the court's March 2 order.

Dated: March 14, 2017

DLB:9

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1