UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA PORTER, | No. 2:12-cv-2266-TLN-DB P |
| Plaintiff, | |
| v. | ORDER |
| ALVARO C. TRAQUINA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2107 (ECF No. 53) are adopted in full;

1

2. Plaintiff's motions for an extension of time (ECF Nos. 51, 52) are denied;

3. This case is stayed until Plaintiff completes his program at California Health Care Facility ("CHCF") and regains access to his legal property and a law library;

4. Defendant's December 16, 2016 motion for summary judgment (ECF No. 47) is denied without prejudice to its renewal when the stay is lifted and the case re-opened;

5. Plaintiff shall inform the Court when he completes his program at CHCF and regains access to his legal property and a law library; and

6. The Clerk of the Court shall administratively close this case.

Dated: May 22, 2017

Troy L. Nunley
United States District Judge